**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

COMMUNITY REHABILITATION
CENTER, INC.,

  Plaintiff/Counter-Defendant,

vs.                                                                Case No. 3:25-cv-1169-MMH-PDB

SISSINE OFFICE SYSTEMS, INC.,

  Defendant/Counter-Plaintiff.

_____/

**<u>ORDER</u>**

      **THIS CAUSE** is before the Court on Plaintiff's Motion to Remand (Doc. 28; Motion), filed on December 31, 2025. Upon review of the Motion, it appears that Plaintiff has failed to include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer. As such, the Court will require Plaintiff to file a supplement: (1) certifying that it has conferred with Defendant on the Motion, (2) indicating whether Defendant agrees on the resolution of the Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires.[1]  Accordingly, it is

---

[1] Prior to supplementing the Motion, counsel should review the typography

**ORDERED:**

Plaintiff is **DIRECTED** to file a supplement to the Motion to Remand (Doc. 28) with the requisite Local Rule 3.01(g) Certification on or before **January 13, 2026**.

**DONE AND ORDERED** in Jacksonville, Florida this 7th day of January, 2026.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

Lc35

Copies to:

Counsel of Record

---

requirements applicable in this Court as set forth in the Local Rules. See Local Rule 1.08(a)-(b). Filings which do not comply with this or any other Local Rule may be stricken.